Michelle M. Lambre, Esq. (SBN 136339)
WATKINS & LETOFSKY, LLP
2900 S Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407
Attorney for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KOHLER CO., a Wisconsin corporation; NEOPERL, INC., a Connecticut corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 8:23-cv-01240-JWH-(DFMx)<br>Assigned to Judge; The Hon. John W. Holcomb<br>Magistrate Judge: Douglas F. McCormick<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Trial Date: 12/09/24 |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Pursuant to Local Rule 40-2, Plaintiff State Farm General Insurance Company hereby notifies the Court that the parties have reached a settlement resolving all claims in this action. Counsel for the parties are in the process of preparing and finalizing the settlement agreement and will submit a stipulation of dismissal upon execution of the

- 1 -

STF.1641

terms of the settlement agreement, including payment of the settlement funds. Counsel for Plaintiff has notified ADR Panel Mediator Gary Stern of this settlement and he has taken the mediation off calendar. The parties further respectfully request that the Court vacate all deadlines as set forth in the Court's Scheduling Order.

Dated:   May 29th, 2024                        Respectfully submitted,

                                            WATKINS & LETOFSKY, LLP

                                       By: _____
                                            MICHELLE M. LAMBRE
                                            Attorney for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

STF.1641

# CERTIFICATE OF SERVICE

*[STATE FARM GENERAL INSURANCE COMPANY v. KOHLER, ET AL]*

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **PLAINTIFF STATE FARM GENERAL INSURANCE NOTICE OF SETTLEMENT OF ENTIRE ACTION** was also made this day by electronic transmission and US Mail to the following:

| | |
|---|---|
| Jason Wheeler, Esq.<br>Viviana Boero Hedrick, Esq.<br>**Thompson Coburn LLP**<br>jwheeler@thompsoncoburn.com<br>vhedrick@thompsoncoburn.com<br>10100 Santa Monica Blvd, Suite 500<br>Los Angeles, CA 90067<br>P: 314 552 6458<br>F: 314 552 7000<br>M: 314.602.6458 | **Attorney for Defendant,**<br>**NEOPERL, INC.** |
| Christopher M. Cotter, Esq.<br>Nicolette Paullin, Esq.<br>**Snyder Burnett Egerer, LLP**<br>3757 State Street, Suite 2A<br>Santa Barbara, CA 93105<br>805-692-2800<br>805-692-2801 Fax<br>ccotter@sbelaw.com<br>smanson@sbelaw.com<br>mstone@sbelaw.com | **Attorneys for Defendant,**<br>**KOHLER CO.** |

Executed this 29 day of May 2024 in Santa Ana, California.

_____
Jonnie Mali,
WATKINS & LETOFSKY, LLP

1