JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHLER CO., a Wisconsin corporation; NEOPERL, INC., a Connecticut Corporation; and DOES 1-20, Inclusive,<br><br>    Defendant. | Case No. 8:23-cv-01240-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 27] entered on or about May 29, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 3, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE